```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RONALD CERRATO GALAN,                                      :
                                                           :
                              Plaintiff,                   :
                                                           :     22-CV-1137 (VSB)
               -against-                                   :
                                                           :         ORDER
STYLE MANAGEMENT CO., INC.,                                :
ANDREW ROSENBERG, and STEFANIE                             :
ROSENBERG                                                  :
                                                           :
                              Defendants.                  :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 9, 2022. (Doc. 1.)  On March 8 and March 14, 2022, Plaintiff returned summonses indicating that all Defendants had been served; the latest of Defendants' answers was due on March 28, 2022.  (Docs. 6–7.)  Defendants have yet to appear in this action.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 27, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 6, 2022
              New York, New York

                                                                         VERNON S. BRODERICK
                                                                         United States District Judge