Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

LAW OFFICE OF
PETER A. ROMERO

November 28, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/30/2022

      Re:    *Ronald Cerrato Galan v. Style Management Co., Inc., et al.*
             Docket No.: 22-cv-01137 (VSB)

Dear Judge Broderick:

      This firm represents the Plaintiff Ronald Cerrato Galan, in the above-referenced matter, against Defendants I Rosenberg Auto Repairs Inc., Andrew Rosenberg and Stefanie Rosenberg for alleged violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. Having reached a settlement in principle, the Court directed Plaintiff to submit his motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, by November 30, 2022. Unfortunately, Plaintiff's counsel has been out of the office caring for his spouse who had Covid-19 and I subsequently contracted Covid-19 as well, and am continuing to test positive. As a result, the parties are continuing to work to finalize their settlement documents. Accordingly, Plaintiff, with Defendants' consent, to request an extension of time to serve his motion for approval from November 30, 2022 until December 30, 2022. This is Plaintiff's first request for the relief sought herein.

                                                  Respectfully submitted,

                                                  DAVID D. BARNHORN, ESQ.

C: All Counsel of Record via ECF

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
490 Wheeler Road, Suite 250, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com