Law Office of
# Peter A. Romero

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

December 28, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   12/28/2022

   Re: *Ronald Cerrato Galan v. Style Management Co., Inc., et al.*
      Docket No.: 22-cv-01137 (VSB)

Dear Judge Broderick:

  This firm represents the Plaintiff Ronald Cerrato Galan, in the above-referenced matter, against Defendants I Rosenberg Auto Repairs Inc., Andrew Rosenberg and Stefanie Rosenberg for alleged violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. Having reached a settlement in principle, the Court directed Plaintiff to submit his motion for approval of the parties' settlement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, by December 30, 2022. Unfortunately, Plaintiff's counsel was out of the office due to contracting Covid-19 and then the flu soon after, which delayed the parties' ability to complete settlement negotiations. Plaintiff's counsel also has an abnormally active litigation schedule during this time, with Plaintiff's counsel engaged in dispositive motion practice in several matters during December 2022 and over the next several weeks. As a result, the parties are continuing to work to finalize their settlement documents. However, despite counsel's illness, the parties have been able to make significant progress in negotiating the terms of their settlement agreement and expect to complete negotiating their agreement in the coming weeks. Accordingly, Plaintiff, with Defendants' consent, requests an extension of time to serve his motion for approval from December 30, 2022 until January 20, 2023. Plaintiff sought one prior extension of this deadline, which was granted.

               Respectfully submitted,

               [signature]

               _____
               DAVID D. BARNHORN, ESQ.

C: All Counsel of Record via ECF