Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

LAW OFFICE OF
**PETER A. ROMERO**

January 18, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
VERNON S. BRODERICK
U.S.D.J.   01/19/2023

      Re:    *Ronald Cerrato Galan v. Style Management Co., Inc., et al.*
             Docket No.: 22-cv-01137 (VSB)

Dear Judge Broderick:

      This firm represents the Plaintiff Ronald Cerrato Galan, in the above-referenced matter, against Defendants I Rosenberg Auto Repairs Inc., Andrew Rosenberg and Stefanie Rosenberg for alleged violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law. Having reached a settlement in principle, the Court directed Plaintiff to submit his motion for approval of the parties' settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), with respect to Plaintiff's FLSA claims, by January 20, 2023. The parties have recently completed negotiations relating to the terms of their formal settlement agreement. However, the parties must still confer regarding their joint motion for approval of the FLSA settlement. Unfortunately, Defendants' counsel is out of town due to a family emergency and will be unable to confer regarding the motion for approval until after January 20, 2023. Accordingly, Plaintiff, with Defendants' consent, requests a one-week extension of time to serve his motion for approval from January 20, 2023 until January 27, 2023. Plaintiff sought two prior extensions of this deadline, which was granted.

      Respectfully submitted,

      [signature: David Barnhorn]

      _____
      DAVID D. BARNHORN, ESQ.

C:  All Counsel of Record via ECF

LAW OFFICE OF PETER A. ROMERO PLLC  •  LABOR AND EMPLOYMENT LITIGATION
490 Wheeler Road, Suite 250, Hauppauge, New York 11788  •  (631) 257-5588  •  overtimelawny.com